**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| JAMES ROBINSON, | ) | |
| Plaintiff, | ) | Case No. 2:11-cv-1664-GMN-GWF |
| vs. | ) | **ORDER** |
| ANTHONY MURRY, *et al.*, | ) | Civil Rights Complaint (#1) |
| Defendants. | ) | |

  This matter comes before the Court on Plaintiff's Civil Rights Complaint (#1), filed on October 14, 2011. Plaintiff James Robinson is proceeding in this action *pro se*. Plaintiff submitted a Complaint (#1) pursuant to 42 U.S.C. § 1983, but Plaintiff did not pay the required filing fee of $350.00 or file an application to proceed *in Forma Pauperis* in compliance with 28 U.S.C. § 1915(a)(1) and (2) and Local Rules LSR 1-1 and 1-2.

  Pursuant to 28 U.S.C. § 1914(a), a filing fee of $350.00 is required to commence a civil action in federal district court. The Court may waive the filing fee where a prisoner-plaintiff complies with the strict application to proceed *in forma pauperis* filing requirements imposed by the Prison Litigation Reform Act. *See* 28 U.S.C. § 1915; *Page v. Torrey*, 201 F.3d 1136, 1139 (9th Cir. 2000). These include the requirements that the prisoner-plaintiff seeking to proceed *in forma pauperis* 1) submits a certified copy of his prisoner trust fund account statement for the previous six months, 2) pays the full amount of the filing fee, and 3) that a prisoner seeking to file an action regarding prison conditions first exhausts available administrative remedies, *see* 28 U.S.C. § 1915(a)-(b); *Page*, 201 F.3d at 1139. Accordingly,

. . .

1  **IT IS HEREBY ORDERED** that Plaintiff shall file an Application to Proceed *in Forma Pauperis*, accompanied by a signed financial certificate and certified copy of his prisoner trust fund account for the previous six months. The Clerk of the Court shall send Plaintiff a blank application form for *pro se* litigants who are incarcerated. In the alternative, Plaintiff shall make the necessary arrangements to pay the filing fee of three hundred fifty dollars ($350.00), accompanied by a copy of this Order. Plaintiff shall have **thirty (30) days** from the date on which this Order is entered to comply. Failure to comply will result in a recommendation to the District Judge for dismissal of this action.

DATED this 18th day of October, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge