## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JAMES ROBINSON, )
) Case No.: 2:11-cv-01664-GMN-GWF
        Plaintiff, )
vs. ) **ORDER ACCEPTING REPORT AND**
) **RECOMMENDATION OF UNITED**
ANTHONY MURRY, ET AL., ) **STATES MAGISTRATE JUDGE**
)
        Defendants. )
)

      Before the Court for consideration is the Report and Recommendation (ECF No. 4) of the Honorable George W. Foley, United States Magistrate Judge, entered December 12, 2011. No objections have been filed. The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, and determines that Magistrate Judge Foley's Recommendations should be **ACCEPTED**.

      **IT IS THEREFORE ORDERED** that Magistrate Judge Foley's Recommendations are hereby **ACCEPTED**, and Plaintiff's Complaint is hereby **DISMISSED with prejudice**.

      **IT IS FURTHER ORDERED** that Plaintiff shall pay the full filing fee pursuant to 28 U.S.C. § 1915(b)(2), **and** the Department of Corrections shall pay to the Clerk of the United States District Court, District of Nevada, twenty (20%) percent of the preceding month's deposits to Plaintiff's account (inmate #30289-048), in the months that the account exceeds $10.00, until the full $350.00 filing fee has been paid for this action.

      **IT IS FURTHER ORDERED** that the Clerk of the Court shall forthwith send a copy of this Order to the attention of the Chief of Inmate Services for the FCC Victorville, P.O. Box 5300, Adelanto, California 92301.

      DATED this 20th day of January, 2012.

_____
Gloria M. Navarro
United States District Judge